UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 58719
    FABIOLA MONTANO
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

            Debtor
    SSN XXX-XX-0145

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/15/05 and confirmed on 03/28/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  8643.80 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BNK/BN | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BNK/BN | MORTGAGE ARRE | .00 | .00 | .00 |
| WASHINGTON MUTUAL BNK/BN | SECURED | .00 | .00 | .00 |
| WASHINGTON MUTUAL BNK/BN | MORTGAGE ARRE | 208.88 | .00 | 208.88 |
| KANE COUNTY TREASURER | SECURED | 1234.30 | 76.38 | 1234.30 |
| AMERICAN GENERAL FINANCE | SECURED | 500.00 | 30.96 | 500.00 |
| BANCO POPULAR NORTH AMER | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 431.68 | .00 | 431.68 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 407.53 | .00 | 407.53 |
| GREENWICH FINANCE | FILED LATE | .00 | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| LAMPHERES FURNITURE | UNSECURED | 906.61 | .00 | 906.61 |
| VALLEY IMAGING CONSULTAN | UNSECURED | NOT FILED | .00 | .00 |
| YVES ROCHER | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1030.97 | .00 | 1030.97 |
| B LINE LLC | UNSECURED | 1010.28 | .00 | 1010.28 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

--------------------------------------------------------------------------------
         Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1943.18 | .00 | 3787.07 | .00 | 5730.25 |
| PRINCIPAL PAID | 1943.18 | .00 | 3787.07 | .00 | 5730.25 |
| INTEREST PAID | 107.34 | .00 | .00 | .00 | 107.34 |
| TOTAL PAID | 2050.52 | .00 | 3787.07 | .00 | 5837.59 |

The Debtor's attorney, MYLER RUDDY & MCTAVISH        , was allowed $   2200.00
and was paid $      6.00  direct and $   2194.00  through the plan.

The Trustee received $    342.09 .

Refunds to the Debtor totaled $    270.12 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 07/21/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE


                            PAGE   2
         CASE NO. 05 B 58719 FABIOLA MONTANO